AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
02/02/2026
Clerk, U.S. District Court
Western District of Texas

By: _____FMorales_____
Deputy

| | |
|---|---|
| USA | § |
| | §  CRIMINAL COMPLAINT |
| vs. | §  CASE NUMBER: EP:26-M -00564(1) - MAT |
| | § |
| (1) OSMAN ENRIQUE ROMERO-MIRANDA | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 30, 2026** in **Hudspeth** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, Count I: 8 USC 1326a1 Re-Entry of Removed Aliens.

in violation of Title    **8**    United States Code, Section(s)    **1326**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: "In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and

**Continued on the attached sheet and made a part of hereof.**


Sworn to before me,                                           /s/ ESPARZA, ERIC
                                                              Signature of Complainant
                                                              Border Patrol Agent


February 02, 2026                                    at    EL PASO, Texas
Date                                                       City and State


MIGUEL A. TORRES                                           Signature of Judicial Officer
UNITED STATES MAGISTRATE JUDGE
                                                           **OATH TELEPHONICALLY SWORN
                                                           AT 2:00 P.M.
                                                           FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:26-M -00564(1)

WESTERN DISTRICT OF TEXAS

(1) OSMAN ENRIQUE ROMERO-MIRANDA

FACTS   (CONTINUED)

557.

The DEFENDANT, Osman Enrique ROMERO-Miranda, an alien to the United States and a citizen of Guatemala was found approximately 2.80 miles west of the Fort Hancock Port of Entry in Fort Hancock, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Guatemala, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on 10/24/2025 through Nogales, Arizona.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.


IMMIGRATION HISTORY:
The DEFENDANT has been deported 2 time(s), the last one being to GUATEMALA on October 24, 2025, through NOGALES, AZ


CRIMINAL HISTORY:
02/05/2020, MARICOPA, AZ, TAKING IDENTITY OF ANOTHER(F), CNV, 3 YEARS PROBATION.